UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-60070
Summary Calendar
_____


JAMES T. KIRKPATRICK,

                              Plaintiff-Appellant,

                    versus

YELLOW FREIGHT SYSTEMS, INC.,

                              Defendant-Appellee.

_____

Appeal from the United States District Court for the
Southern District of Mississippi
(1L96-CV-53 RG)
_____
August 25, 1997


Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

BENAVIDES, Circuit Judge:[*]

     Appellant James T. Kirkpatrick appeals from an adverse summary
judgment dismissing his age discrimination claims against Yellow
Freight Systems, Inc.  We have carefully reviewed the briefs,
pleadings, and summary judgment proof and conclude that appellant's

_____

[*]     Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

claims on appeal are wholly without merit.  Appellant's summary judgment proof fails to raise a genuine material fact issue that his age was a material factor in his termination.  We affirm substantially for the same reasons set out in the district court's thorough and well-reasoned Memorandum Order dated January 17, 1997.

AFFIRMED.